## MISCELLANEOUS CASE COVER SHEET

| | |
|---|---|
| **PLAINTIFFS**<br>**GLOBALFOUNDRIES U.S. INC.** | **DEFENDANTS**<br>**INTERNATIONAL BUSINESS MACHINES CORPORATION** |
| **Attorney's** (Firm Name, Address, and Telephone Number)<br><br>**Clement J. Naples, Latham & Watkins LLP**<br>**1271 Avenue of the Americas, New York, NY 10020**<br>**Telephone: (212) 906-1200** | **Attorneys (If Known)**<br>**Associate General Counsel, STG & Research**<br>**294 Route 100**<br>**Somers, NY 10589**<br>**Attention: Stephen Mortinger** |

| | |
|---|---|
| **DESCRIPTION OF CASE**<br><br>Motion for a sealing order requesting to file a minimally-redacted version of Plaintiff's Complaint publicly and an unredacted version under seal. | Has this or a similar case been previously filed in SDNY ?<br><br>No? ☑   Yes? ☐   Judge Previously Assigned _____<br><br>If yes, was this case: Vol. ☐   Invol. ☐   Dismissed. No ☐   Yes ☐<br><br>If yes, give date _____ & Case No. _____ |

**NATURE OF CASE**

☐ M 08-85 Motion to Compel
☐ M 08-85 Motion to Quash
☐ M 08-86 Internet Infringement
☐ M 08-88 Surety Companies
☐ M 08-425 Sureties Proceedings

☐ M 11-03 SEC Litigation to Freeze Account
☐ M 11-188 GJ Subpoenas - Unsealed
☐ M 11-189 GJ Subpoenas - Sealed
☐ M 16-88 Sale of Unclaimed Seamen's' Effects
☐ M 18-66 Forfeiture Proceedings - Funds Held in trust. 28 USC 1746
☐ M 18-302 Registration of a Judgment from Another District
☐ M 18-304 Administrative Subpoena Proceedings
☐ M 18-305 Registration of Student Loan Judgment
☐ M 18-981 Nonjudicial Civil Forfeiture Proceeding
☐ M 19-25 Order Authorizing IRS Officer to Enter Premises for Levy
☐ M 19-58 General Bonds in Admiralty Purs. to Local Admiralty Rule 8
☐ M 19-63 Receivers - Property in Other Districts
☐ M 19-78 Denial to Sue In Forma Pauperis
☐ M 22-1 Designation by U.S. Attorney of Individual to accept service of summons and complaint
☐ M 22-2 Designation of individual to issue certified copies in bankruptcy part
☐ M 23 Petition to Perpetuate Testimony
☐ M 25-1 Order for Entry to Effect Levy - IRS Matter
☐ M 25-2 Permission to have access to safe deposit boxes
☐ M 26-1 Proceeding to Enforce Order of Administrator - National Credit Union

☐ M 26-2 Application to Enforce Administrative Order Rule 5A Rule of Division of Business among District Judges
☐ M 28 Warrant for Entry & Inspection of Premises
☐ M 29 Privacy Act Application
☐ M 30 Privacy Act Application
☐ M 31 Order of Commodity Exchange Commission Directing Person to Pay Money
☐ M 32 Petition for Writ to Produce Federal Prisoner in State Court
☐ M 33 Inspection Warrant - Department of Energy
☐ M 34 Order of Another District Court that the State Court Produce
☐ M 35 Order to Stay Transfer of Federal Prisoner
☐ M 36 National Labor Relations Board
☐ M 37 Application to Re-Open Civil Case(s) that are more than 25 years old
☐ M 38 Application for Reassignment of Bankruptcy Proceeding
☐ M 39 Application for Discovery and Inspection of Defendant Detained in Federal Prison
☐ M 41 Order of Return of 28:2254/2255 Petition
☐ M 42 Order Denying Stay of Deportation
☐ M 43 Contempt of Court in Bankruptcy
☐ M 44 Claim Compensation under Longshoremen & Harbor Workers Compensation Act
☐ M 46 Order From Another District for Public Viewing
☐ M 47 Bankruptcy Cases - Before Appeal Filed
☐ M 47B Transmission of Proposed Findings of Fact and Conclusions of Law
☐ M 48 Application for Appointment of Counsel - No Case In This Court
☐ M 49 Order Denying Commencement of Civil Action

Rev. 04/2019

## NATURE OF CASE CONTINUED

☐ M 51 Order to Show Cause - Case Being Transferred
from Northern District of New York

☐ M 52 Application for Leave to File a Complaint

☐ M 53 Order Barring Individual from Entering
Courthouse Building

☐ M 54 Immigration Naturalization - Order Delaying
Deportation

☐ M 55 Petition for Appointment of Impartial Umpire –
Labor Management Relations Act and Others

☐ M 58 Application for Extension of Time to File Petition
for Removal

☐ M 59 Application to Produce Federal Prisoner in State
Court

☐ M 67 Notice of Eviction to Squatters (USA Cases)

☐ M 71 Application re: Federal Rules Cr. 11(e)(2)

☐ M 72 Order of Attachment of Another District – EDNY

☐ M 73 Subpoena to Government Agency

☐ M 75 Application for Writ of Garnishment

☐ M 76 Central Violations Bureau

☐ M 77 Application to have subpoena issued to person
living in this district regarding action in foreign country
or tribunal

☐ M 90 Order of Attachment

☐ M 93 Letters Rogatory _____

☐ M 94 Other _____

☑ M 98 Application to file a civil case under seal.

**DO YOU CLAIM THIS CASE IS RELATED TO A MISCELLANEOUS CASE NOW PENDING IN THE SDNY? IF SO, STATE:**

JUDGE_____MISCELLANEOUS CASE NUMBER_____

**NOTE: Please submit at the time of filing an explanation of why cases are deemed related**

**PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)**

**400 Stonebreak Road Extension, Malta NY 12020, Saratoga County**

**DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)**

**1 New Orchard Road, Armonk, New York 10504, Westchester County**

**DEFENDANT(S) ADDRESS UNKNOWN**

REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE   ADDRESSES OF THE FOLLOWING DEFENDANTS:

**CHECK ONE:** AT LEAST ONE PARTY IS PRO SE   **No** ✔  **Yes** ☐
**CHECK ONE:** THIS ACTION SHOULD BE ASSIGNED TO   **WHITE PLAINS** ☐   **MANHATTAN** ✔

DATE   **SIGNATURE OF ATTORNEY OF RECORD**   **ADMITTED TO PRACTICE IN THIS DISTRICT**

**4/19/2023   /s/ Clement J. Naples**

☐ U.S. GOVERNMENT ATTORNEY

☐ NO

✔ YES (DATE ADMITTED MO. **09** YR. **2008** )
RECEIPT #   ATTORNEY BAR CODE # **CN5019**

Ruby J. Krajick, Clerk of Court, _____   Dated_____

by Rev. 04/2019